# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 3:19cr52/MCR

**MATTHEW J. MOODISPAUGH**
_____/

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Government's Motion for Entry of Final Order of Forfeiture. (Doc. 53) This Court finds as follows:

WHEREAS, on May 21, 2019, a Federal Grand Jury sitting in the Northern District of Florida issued a three-count Indictment against the defendant, charging him in Count One with receipt and attempted receipt of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1); in Count Two with distribution of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1); and in Count Three with possession of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2); and

WHEREAS, the Indictment included a criminal forfeiture provision pursuant to Title 18, United States Code, Section 2253, that put the defendant on notice that

1

the United States would seek to forfeit the below-described property as property involved in the offense alleged in Counts One, Two, and Three; and

WHEREAS, on August 27, 2019, the defendant pled guilty to Count One of the Indictment, and the government dismissed Count Two and Three at sentencing. As part of his guilty plea, the defendant agreed that his sentence included the forfeiture of all forfeitable assets which included the below-described property; and

WHEREAS, on December 17, 2019, this Court entered a Preliminary Order of Forfeiture against the following property:

 **A.**  **Three bags of compact discs and DVDs;**

 **B.**  **One iPhone 8 cellular telephone, IMEI: 353000098194494;**

 **C.**  **One iPad, Model Number: A1566;**

 **D.**  **One Seagate external hard drive: Serial Number: NA7ZK1K1;**

 **E.**  **One Seagate external hard drive: Serial Number: NA9L5Y9J;**

 **F.**  **One Seagate external hard drive, Serial Number: NA8A0W7M;**

 **G.**  **One Seagate external hard drive, Serial Number: 2GHJM7W9;**

 **H.**  **One Seagate external hard drive, Serial Number: NA7DYV88;**

 **I.**  **One Seagate external hard drive, Serial Number: NA8FX9DE;**

 **J.**  **One Toshiba external hard drive, Serial Number: 54HETKUPT1BB;**

**K.** One Toshiba external hard drive, Serial Number: 540CTP9FT18B;

**L.** One Toshiba external hard drive, Serial Number: 93RMS47KSSX3;

**M.** One HP Pavilion Desktop Computer, Serial Number: 4CE126093Q; and

**N.** One Vizio TV/Monitor.

WHEREAS, pursuant to Rule 32.2 (b)(4)(A) of the Federal Rules of Criminal Procedure, the Preliminary Order of Forfeiture became final as to the defendant, Matthew J. Moodispaugh, at the time of his sentencing on February 18, 2020, in the above-described property; and

WHEREAS, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least thirty (30) consecutive days, beginning December 20, 2019. Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, the government has no knowledge of any third party interest in the above-described property and no person or entity has filed a claim, it is hereby

**IT IS ORDERED** that the right, title and interest to the above-described property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

**ORDERED** this 7th day of April 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**